UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

USA,

        Plaintiff,

v.                                      Case No. 1:13-cr-210

Zachary Wolff,

        Defendant.

Clerk's Minutes of Proceedings

The Honorable Daniel L. Hovland        Date:    December 8, 2014
Bismarck, North Dakota                   Time:    2:30 p.m.
Court Reporter: Sandie Ehrmantraut      Recess: 3:50 p.m.
Proceeding:  Sentencing Hearing           Clerk:   Judy L. Reile
Appearances:                              USPO:  Dyan Jorgenson (via telephone)
      Gary L. Delorme, AUSA,  for Plaintiff
      Michael R. Hoffman, Retained Attorney,  for Defendant


Court notes appearance of counsel.
The Court accepts Defendant's conditional plea of guilty to Count 1 of the Information.
The parties have no factual disputes or objections to the Sentencing Guideline calculations.
**Landon Ryan Abbott**, sworn and testifies on behalf of the Defendant.
      Direct examination.
      Court inquires.
      No cross examination.
**Michelle Balderas,** sworn and testifies on behalf of the Defendant.
      Direct examination.
      No cross examination.
**Robert John Wolff**, sworn and testifies on behalf of the Defendant.
      Direct examination.
      No cross examination.
**Rick Hilzendager**, sworn and testifies on behalf of the Plaintiff.
      Direct examination.
      Cross examination.
      Court inquires.
Court entertains sentencing recommendations from the parties.
Defendant addresses the Court.
Sentence imposed.
The defendant informed of his right to appeal.
The Court signs the Final Order of Forfeiture.

Court defers decision regarding remand.  Parties will submit written arguments by 5:00 p.m. on Thursday, December 11, 2014.
 Court in recess.